IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**IN THE MATTER OF:**
**MARCIA TEIXEIRA SMITH**　　　　　　　　　　CASE NO.: 15-17304-RAM
Debtor　　　　　　　　　　　　　　　　　　　　CHAPTER 13

_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel for the Secured Creditor, THE CHARTER CLUB, INC. ("ASSOCIATION"), and hereby requests that copies of all future pleadings and notices which the ASSOCIATION is entitled to receive be sent to the undersigned and that the undersigned be added to the Mailing Matrix in order to receive copies of all Motions, Orders, Plans and Notices filed herein.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HABER SLADE, P.A.**
　　　　　　　　　　　　　　　　　　　　*Attorneys for CHARTER CLUB, INC.*
　　　　　　　　　　　　　　　　　　　　201 South Biscayne Blvd., Suite 1205
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Telephone: 305-379-2400
　　　　　　　　　　　　　　　　　　　　Facsimile: 305-379-1106

　　　　　　　　　　　　　　　　　　　　By: /s/ David B. Haber
　　　　　　　　　　　　　　　　　　　　David B. Haber, Esq.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 435368
　　　　　　　　　　　　　　　　　　　　dhaber@dhaberlaw.com

[CERTIFICATE OF SERVICE TO FOLLOW]

**HABER SLADE, P.A.**
**201 S. BISCAYNE BLVD., SUITE 1205, MIAMI, FL 33131**

CASE NO.: 15-17304-RAM

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was sent via USPS Mail or electronic transmission to every party listed below, on the attached Matrix and to all others set forth in the NEF dated this 20th day of January 2016.

By: s/ David B. Haber
David B. Haber, Esq.
Fla. Bar No. 435368
201 South Biscayne Blvd., Suite 1205
Miami, FL 33131
Telephone: 305-379-2400
Facsimile: 305-379-1106
dhaber@dhaberlaw.com

**Mailing List**
**Case No: 15-17304-RAM**

| | |
|---|---|
| Office of the US Trustee<br>51 SW 1 Avenue, Ste 1204<br>Miami, Florida 33130 | Nancy K. Neidich, Chapter 13 Trustee<br>PO Box 279806<br>Miramar, FL 33027 |
| Marcia Teixeira Smith<br>600 NE 36th Street, #1502<br>Miami FL 33137 | |
| Sheleen G. Khan, Esq.<br>13499 Biscayne Blvd., #T2<br>Miami, FL 33181 | |